**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**Irving N. ROTHKIN, d/b/a Irv's Market, Respondent.**

**No. 20259.**

United States Court of Appeals, Sixth Circuit.

Dec. 17, 1970.

Arnold Ordman, General Counsel, Dominick L. Manoli, Associate General Counsel, Marcel Mallet-Prevost, Asst. General Counsel, John D. Burgoyne, Russell J. Thomas, Jr., Attys., N. L. R. B., Washington, D. C., for petitioner.

John A. Daily, Harry W. Schwab, Johnson, Whitmer & Sayre, Akron, Ohio, for respondent.

Before WEICK, CELEBREZZE and PECK, Circuit Judges.

### ORDER.

This cause is before the Court on the petition of the National Labor Relations Board for enforcement of its order, reported at 175 N.L.R.B. No. 121; 179 N.L.R.B. No. 140. The Respondent filed no petition to review.

Upon due consideration, it is ordered that the order of the Board be, and it hereby is, enforced.